Allen K. BREHM, Petitioner, v. Guy T. HELVERING, Commissioner, Respondent.

Siegfried GABEL and Paula A. Gabel, Petitioners, v. Guy T. HELVERING, Commissioner, Respondent.

Ferdinand Anthony GRIEN, Petitioner, v. Guy T. HELVERING, Commissioner, Respondent.

Walter FREDERICHS, Petitioner, v. Guy T. HELVERING, Commissioner, Respondent.

Frederick H. HORNBY, Petitioner, v. Guy T. HELVERING, Commissioner, Respondent.

Woolsey A. SHEPARD, Petitioner, v. Guy T. HELVERING, Commissioner, Respondent.

Nos. 112-117.

Circuit Court of Appeals, Second Circuit.

Jan. 15, 1940.

Winthrop G. Brown and Horace N. Taylor, both of New York City (Winthrop G. Brown, Joseph Walker, Horace N. Taylor, and J. C. Wilberding, Jr., all of New York City, on the brief), for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen. for respondent.

Before L. HAND, CHASE and PATTERSON, Circuit Judges.

PER CURIAM.

Orders affirmed upon the authority of André DeCoppet v. Helvering, 2 Cir., 108 F.2d 787.

Joseph BYRNES, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 9392.

Circuit Court of Appeals, Fifth Circuit.

March 13, 1940.

Joseph Byrnes, in pro per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and Jas. T. Manning, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

C. O. CARPENTER, Receiver, etc., Appellants, v. Byrd DOUGLAS, Appellee.

No. 8150.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1940.

Bass, Berry & Sims, of Nashville, Tenn., and Fowler & Fowler, of Knoxville, Tenn., for appellants.

Douglas & Douglas, of Nashville, Tenn., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In an appeal from an order fixing compensation of a Standing Master, and the court upon consideration of the briefs and arguments not being persuaded that there was an abuse of discretion in the fixing of such compensation, it is hereby ordered that the judgment below be and it is hereby affirmed.